**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **2nd**    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____    Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Maria Del Pilar Abadia**    JOINT DEBTOR: ____    CASE NO.: **12-30725**
Last Four Digits of SS# **xxx-xx-1692**    Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **1,075.00**  for months **1** to **2** ;
  B.  $ **1,135.00**  for months **3** to **8** ;
  C.  $ **1,145.00**  for months **9** to **60** ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3,500.00**    TOTAL PAID $ **3,500.00**
                 Balance Due  $ **-NONE-** payable $ ____ /month (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date  $ ____
Address: ____    Arrears Payment  $ ____ /month (Months _ to _)
Account No: ____    Regular Payment  $ ____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Indymac Bank/Onewest bank** **Attn:Bankruptcy; 2900 Esperanza Crossing; Austin, TX 78758** **Account No: xxxxxxxx2856** | **445 SW 11th Street, #403 Miami, FL 33130** $ 57,000.00 | 0% | $ 950.00 | 1 To 60 | 57,000.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due  $ ____
             Payable   $ ____ /month  (Months _ to _)    Regular Payment $ ____

Unsecured Creditors:  Pay $ **77.50** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Upon determination of Value, the Plan will be Amended to account for Escrows and Interest at the prevailing rate established by the Bankruptcy Court for the Southern District of Florida.**
**Rejected Contracts and/or Leases**
**-NONE-**
**Assumed Contracts and/or Leases**
**-NONE-**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Maria Del Pilar Abadia**
**Maria Del Pilar Abadia**
Debtor
Date:  **October 8, 2013**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy