**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Maria Del Pilar Abadia**      JOINT DEBTOR: _____      CASE NO.: **12-30725**

Last Four Digits of SS# **xxx-xx-1692**      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

 A. $ **1,141.67** for months **1** to **7** ;
 B. $ **1,145.00** for months **8** to **17** ;
 C. $ **1,251.51** for months **18** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee   $ **3,500.00**   TOTAL PAID $ **3,500.00**
 - Balance Due   $ **-NONE-**   payable _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**      Arrearage on Petition Date $ _____
Address: _____      Arrears Payment $ _____ /month (Months _ to _)
Account No: _____      Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Indymac Bank/Onewest bank** Attn:Bankruptcy; 2900 Esperanza Crossing; Austin, TX 78758 Account No: xxxxxxxx2856 | 445 SW 11th Street, #403 Miami, FL 33130 $ 57,000.00 | 0% 5.5% | 950.00 $ 1,048.86 | 1 to 17 18 to 60 | $16,150.00 $45,100.98 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due   $ _____
   Payable   $ _____ /month   (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **77.50** /month (Months _ **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**The loan is to remain escrowed. Should the Debtor fail to timely make payments to Secured Creditor in regard to the escrow payment, Secured creditor shall provide written notice to the Debtor and Debtor's counsel via a Notice of Default allowing twenty (20) days to cure the default. Debtor may file a response to said Notice of Default within the twenty (20) day period and provide proof of payment within twenty (20) days of said response. Absent a response by the Debtor to the Notice of Default, or failure to provide proof of payment within the twenty (20) day period as allowed herein, Secured Creditor may file an affidavit of Default with the Court. Upon filing of the Affidavit of Default, the Court shall grant the Lender In Rem Relief from the Automatic Stay, and the terms of the note and mortgage will be reinstated without further notice or hearing.**

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Maria Del Pilar Abadia**
**Maria Del Pilar Abadia**
Debtor

Date:  **April 16, 2014**

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy